IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR291 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN R. BICKET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 14).  As early as October 27, 2010, defense counsel was advised that defendant needed to file a written waiver of speedy trial while plea negotiations were ongoing or until a trial could be scheduled.  No such waiver has been forthcoming.  Accordingly,

IT IS ORDERED:

1) Defendant shall file a signed written waiver of speedy trial on or before December 30, 2010.

2) Trial of this matter is scheduled for:

**Tuesday, January 25, 2011, at 9:00 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  This will give the parties time to finalize plea negotiations and will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between

October 27, 2010, when defendant was furnished with a proposed plea agreement, and January 25, 2011, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court