IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR291 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN R. BICKET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the appeal of the magistrate judge's detention order (Filing No. 33). The Court has reviewed the petition for action on conditions of pretrial release (Filing No. 20), has listened to the audio file recording the hearing before the magistrate judge, and has reviewed the government's Exhibit No. 1. The Court has also reviewed the brief of the defendant (Filing No. 32), and finds that the judgment of the magistrate judge should be approved and defendant's appeal denied. Accordingly,

IT IS ORDERED:

1) The detention order of the magistrate judge is approved.

2) The appeal of the order of detention is denied.

DATED this 28th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court