IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:10CR291
                             )
       v.                    )
                             )
JUSTIN R. BICKET,            )         ORDER
                             )
            Defendant.       )
_____)
```

      This matter is before the Court on the consent motion to continue trial (Filing No. 36). The Court will require that defendant file a current written waiver of speedy trial as soon as possible. Subject to the filing of said waiver,

      IT IS ORDERED:

      1) The consent motion to continue trial (Filing No. 35) is stricken as an incorrect document.

      2) The motion to continue (Filing No. 36) is granted; trial of this matter is rescheduled for:

**Tuesday, June 14, 2011, at 9:00 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. This will give the parties time to complete discovery, pursue plea negotiations or finalize trial preparations and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 5, 2011,

and June 14, 2011, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court