IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10CR291 |
| vs. | ) | |
| | ) | |
| JUSTIN R. BICKET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on August 25, 2010 (Minutes Filing No. 9).

IT IS ORDERED:

1. The request for transcript, Filing No. 105 is granted.

2. Justin R. Bicket is ordered to pay to the Clerk of Court the amount of $80.30. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on August 25, 2010. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: April 30, 2013

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge