IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )       8:10CR291
                               )
       v.                      )
                               )
JUSTIN R. BICKET,              )       MEMORANDUM OPINION
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by person in federal custody (Filing No. 107). The Court has reviewed the motion and the memorandum of law (Filing No. 108), as well as plaintiff's answer (Filing No. 114), its brief (Filing No. 115), the affidavit of defendant's counsel (Filing No. 116), and defendant's reply to the government's answer (Filing No. 117). The Court determines no hearing is necessary and finds that defendant's motion should be denied. A separate order will be entered in accordance with this memorandum opinion.

DATED this 30th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court