IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       8:10CR291
                             )
       v.                    )
                             )
JUSTIN R. BICKET,            )       ORDER AND JUDGMENT
                             )
            Defendant.       )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by person in federal custody (Filing No. 107) is denied.

DATED this 30th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court