IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR291 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN R. BICKET, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to amend Section 2255 motion to add new ground (Filing No. 120). On September 30, 2013, the Court ruled on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 107) in a memorandum opinion (Filing No. 118) and order and judgment (Filing No. 119). There is no pending motion. Accordingly,

IT IS ORDERED that defendant's motion to amend is denied as moot.

DATED this 11th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court