IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:10CR291
                             )
      v.                     )
                             )
JUSTIN R. BICKET,            )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to reopen movant's Section 2255 motion pursuant to Federal Rule of Civil Procedure 60(b) (Filing No. 122) and his motion pursuant to Federal Rule of Civil Procedure 15(b) to amend movant's Section 2255 motion (Filing No. 123). The motion to reopen will be denied.

On September 30, 2013, the Court ruled on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 107) in a memorandum opinion (Filing No. 118) and order and judgment (Filing No. 119). There is no pending motion. Accordingly,

IT IS ORDERED:

1) Defendant's motion to reopen is denied.

2) Defendant's motion to amend his Section 2255 motion is denied.

DATED this 13th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court