IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:10CR291
                             )
     v.                      )
                             )
JUSTIN R. BICKET,            )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for a certificate of appealability (Filing No. 124) and his motion for permission to appeal in forma pauperis (Filing No. 125).  The Court will issue a certificate of appealability and will grant the motion for permission to appeal in forma pauperis. Accordingly,

IT IS ORDERED:

1) A certificate of appealability is issued;

2) Defendant may proceed on appeal in forma pauperis without prepayment of costs.

DATED this 13th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court