IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JUSTIN R. BICKET,<br><br>           Defendant. | 8:10CR291<br><br>ORDER |

      This matter came before the Court on the 10th day of March, 2016, on the Petition for Warrant or Summons for Offender Under Supervision ([Filing No. 140](#)).  Defendant was present and represented by Kelly M. Steenbock, Assistant Federal Public Defender.  Plaintiff was represented by Douglas R. Semisch, Assistant United States Attorney.

      The defendant admitted Allegation No. 1 of the Petition.  Therefore, the Court finds the defendant has violated the conditions of his supervised release.

      IT IS ORDERED:

      1)  Defendant's term of supervision is revoked.  The defendant is sentenced to a period of time served.

      2)  Defendant is further ordered to serve a term of supervised release of 34 months on the same terms and conditions as were originally imposed and subsequently modified with respect to the initial term of supervised release in this case.

      DATED this 10th day of March, 2016.

                                          BY THE COURT

                                          /s/ Lyle E. Strom
                                          _____
                                          LYLE E. STROM, Senior Judge
                                          United States District Court